KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
*Attorneys for Fidelity and Deposit
Company of Maryland*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIG TOWN MECHANICAL, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through X; and ROE CORPORATIONS I-X; inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-00380-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE FIDELITY'S RESPONSE TO TRAVELERS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND TRAVELERS' REPLY THERETO**<br><br>**(First Request)** |

Fidelity and Deposit Company of Maryland ("Fidelity"), by and through its undersigned counsel, and Travelers Casualty and Surety Company of America ("Travelers"), by and through its undersigned counsel, (collectively referred to herein as the "Parties"), hereby present this stipulation and order for an extension of time to file Fidelity's Response to Travelers' Motion for Partial Summary Judgment and for Travelers to file its Reply to Fidelity's Response. This stipulation to extend the time to respond is made pursuant to LR IA 6-1. Travelers' Motion was filed on April 26, 2016. ECF No. 89. Pursuant to the Notice for Travelers' Motion, Fidelity's current deadline to file its Response is May 20, 2016. ECF No. 89. Under LR 7-2, Travelers' Reply would then be due fourteen (14) days later on June 3, 2016.

1

The Parties hereby stipulate to a two-week extension of time for Fidelity to file its Response and Travelers to file its Reply. The new deadlines will be respectively: the deadline for Fidelity's Response is June 3, 2016, and the deadline for Travelers' Reply is June 17, 2016.

DATED this 19th day of May, 2016.

THE FAUX LAW GROUP

/s/ Kurt C. Faux, Esq.
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
*Attorneys for Fidelity and Deposit Company of Maryland*

DATED this 19th day of May, 2016.

BOOTH, MITCHEL & STRANGE LLP

/s/ Sean T. Osborn, Esq. (by permission)
DAVID L. HUGHES, ESQ.
SEAN T. OSBORN, ESQ.
701 South Parker St., Ste 6500
Orange, CA 92868-4733
*Attorneys for Travelers Casualty and Surety Company of America*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2016