Sean T. Osborn, California Bar No. 116888
stosborn@boothmitchel.com
David L. Hughes, California Bar No. 129411
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, CA 92868-4733
(714) 480-8500 / FAX: (714) 480-8533

Louis E. Garfinkel, Nevada Bar No. 3416
lgarfinkel@lgealaw.com
8880 West Sunset Road, Suite 290
Las Vegas, NV 89148
(702) 735-0451

Attorneys for Defendant/Counter-Claimant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIG TOWN MECHANICAL, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through X; and ROE CORPORATIONS I-X; inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:13-cv-00380-JAD-GWF<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE TRAVELERS' REPLY BRIEF TO FIDELITY'S RESPONSE TO TRAVELERS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(TRAVELERS' First Request, Third Request of Parties re Motion)**<br><br>[ECF 102] |

Defendant/Counter-Claimant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS"), by and through its undersigned counsel, and Plaintiff/Counter-Defendant Fidelity and Deposit Company of Maryland ("F&D"), by and through its undersigned counsel, (collectively referred to herein as the "Parties"), hereby present this Stipulation and Proposed Order for an extension of time to file TRAVELERS' Reply Brief to F&D's Opposition to TRAVELERS' Motion for Partial

-1-

Summary Judgment. This stipulation to extend the time to respond is made pursuant to LR IA 6-1. TRAVELERS' Motion was filed on April 26, 2016. ECF No. 89. Pursuant to two previous Stipulations and Orders entered on May 23, 2016 and June 6, 2016 respectively, F&D's deadline to file its Opposition was extended to June 10, 2016. ECF Nos. 94 and 100. F&D did file its Opposition on June 10, 2016. ECF No. 101. Under the current schedule, TRAVELERS' Reply Brief is due June 24, 2016. ECF No. 100.

In light of the extensive Opposition filed by F&D, TRAVELERS requested an additional week's time in which to file its Reply, which F&D has agreed to. The Parties therefore hereby stipulate to a one-week extension of time for TRAVELERS to file its Reply Brief. The new deadline for TRAVELERS' Reply Brief is July 1, 2016.

DATED this 15th day of June, 2016.

THE FAUX LAW GROUP

/s/ Kurt C. Faux, Esq.
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
*Attorneys for Fidelity and Deposit Company of Maryland*

DATED this 15th day of June, 2016.

BOOTH, MITCHEL & STRANGE LLP

/s/ David L. Hughes, Esq. (by permission)
DAVID L. HUGHES, ESQ.
SEAN T. OSBORN, ESQ.
701 South Parker St., Ste 6500
Orange, CA 92868-4733
*Attorneys for Travelers Casualty and Surety Company of America*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: 6/17/16

STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME TO FILE TRAVELERS' REPLY BRIEF