# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BIG TOWN MECHANICAL, LLC, etc., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:13-cv-00380-JAD-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on Defendant Travelers Casualty and Surety Company of America's Motion to Remove Attorney Sean T. Osborn, Esq. from the CM/ECF service list (ECF No. 140), filed on November 18, 2016.

　　　　Defendant's counsel represents that Sean T. Osborn, Esq. is no longer associated with the law firm of Booth, Mitchel and Strange LLP and therefore requests that he be removed from the electronic service list. The movant substantially establishes good cause for the withdrawal. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remove Attorney Sean T. Osborn, Esq. from the CM/ECF service list (ECF No. 140) is **granted**.

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Sean T. Osborn, Esq. from the CM/ECF service list in this case.

　　　　DATED this 21st day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge