KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
**THE FAUX LAW GROUP**
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
E-Mail: kfaux@fauxlaw.com
wsiepmann@fauxlaw.com

ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
COLBY L. BALKENBUSH, ESQ.
Nevada Bar No. 013066
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: alefebvre@klnevada.com
wschuller@klnevada.com
cbalkenbush@klnevada.com

Attorneys for Plaintiff,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIG TOWN MECHANICAL, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through X; and ROE CORPORATIONS I-X; inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-00380-JAD-GWF<br><br>**STIPULATION RE: MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**<br><br>Hearing Date: May 22, 2017<br>Hearing Time: 9:30 AM |

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | |
| Counterclaimant, | |
| vs. | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, and MOES I-X, inclusive, | |
| Counter-Defendants. | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| CONTROLCO, a California corporation; DOES I through X; and ROE CORPORATION I-X, inclusive, | |
| Third-Party Defendant. | |

Plaintiff/Counter-Defendant, FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("F&D"), and Defendant, Defendant/Counterclaimant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers"), by and through their respective counsel, hereby stipulate and agree as follows:

1. F&D filed its Motion for Sanctions for Spoliation of Evidence [Doc. 172] on April 17, 2017.

2. Travelers filed Defendant/Counterclaimant Travelers Casualty and Surety Company of America's Opposition to Plaintiff/Counterdefendant Fidelity and Deposit Company of Maryland's Motion for Sanctions for Spoliation of Evidence [Doc. 204] on May 1, 2017.

3. The deadline for F&D's reply to its Motion for Sanctions for Spoliation of Evidence is currently May 8, 2017.

4. F&D shall have until **May 10, 2017** to file its reply.

///

2386644 (10001-1) Page 2 of 3

5. Pursuant to LR 7-1(c), as the instant stipulation is signed by fewer than all the parties' attorneys, the Court will treat it as a joint motion.

DATED this 8th day of May, 2017.

**KOLESAR & LEATHAM**

By /s/ William D. Schuller, Esq.
   ALAN J. LEFEBVRE, ESQ.
   Nevada Bar No. 000848
   WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 011271
   COLBY L. BALKENBUSH, ESQ.
   Nevada Bar No. 013066
   400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada 89145

Attorneys for Plaintiff,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

DATED this 8th day of May, 2017.

**BOOTH, MITCHEL & STRANGE LLP**

By /s/ Gregory H. Smith, Esq.
   DAVID L. HUGHES, ESQ.
   GREGORY H. SMITH, ESQ.
   701 South Parker Street, Suite 6500
   Orange, CA 92868-4733

Attorneys for Defendant,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

## ORDER

IT IS SO ORDERED this 9th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2386644 (10001-1)

Page 3 of 3