David L. Hughes, Cal. Bar No. 129411
Gregory H. Smith, Cal. Bar No. 243385
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, CA 92868-4733
(714) 480-8500 / Fax (714) 480-8533

Christopher A. Wright, *pro hac vice*
CARNEY BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
(206) 622-8020 / Fax (206) 467-8215

Louis E. Garfinkel, Nev. Bar No. 3416
LEVINE GARFINKEL ECKERSLEY & ANGIONI
8880 West Sunset Road, Suite 390
Las Vegas, NV 89148
(702) 735-0451 / Fax (702) 735-2198

*Attorneys for Defendant/Counter-Claimant*
*TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIG TOWN MECHANICAL, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through X; and ROE CORPORATIONS I-X; inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:13-cv-00380-JAD-GWF<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE TRAVELERS' RESPONSE TO FIDELITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON REIMBURSEMENT RELATED TO DELAY DAMAGES<br><br>(TRAVELERS' First Request re Motion [ECF No. 287]) |

Defendant/Counter-Claimant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("TRAVELERS"), by and through its undersigned counsel,

-1-
**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**

and Plaintiff/Counter-Defendant Fidelity and Deposit Company of Maryland ("F&D"), by and through its undersigned counsel, (collectively referred to herein as the "Parties"), hereby present this Stipulation and Proposed Order for an extension of time to file TRAVELERS' Response Brief to F&D's Motion for Partial Summary Judgment on Reimbursement Related to Delay Damages [ECF No. 287]. This stipulation to extend the time to respond is made pursuant to LR IA 6-1. F&D's Motion was filed on October 11, 2017. ECF No. 287. TRAVELERS' Response is due November 1, 2017. However, on October 18, 2017, the Court ordered the Motion and related appendices stricken [ECF No. 293] at which point TRAVELERS ceased working on its Response Brief. On October 26, 2017, the Court directed the Clerk of the Court to reinstate the filings struck by the October 18, 2017 Order. ECF No. 295.

In light of the approximate 1 week where F&D's Motion was stricken, TRAVELERS requested an additional week's time in which to file its Response, which F&D has agreed to. The Parties therefore hereby stipulate to a one-week extension of time for TRAVELERS to file its Response Brief. The new deadline for TRAVELERS' Response Brief is November 8, 2017. This is the first stipulation for an extension of time for this deadline.

| DATED this 31st day of October, 2017. | DATED this 31st day of October, 2017. |
|---|---|
| KOLESAR & LEATHAM | BOOTH, MITCHEL & STRANGE LLP |
| /s/ Ryan T. Gormley, Esq. (with permission) | /s/ David L. Hughes, Esq. |
| RYAN T. GORMLEY, ESQ.<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>*Attorneys for Fidelity and Deposit Company of Maryland* | DAVID L. HUGHES, ESQ.<br>701 South Parker St., Ste 6500<br>Orange, CA 92868-4733<br>*Attorneys for Travelers Casualty and Surety Company of America* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/31/2017