1 | David L. Hughes, Cal. Bar No. 129411
Gregory H. Smith, Cal. Bar No. 243385
2 | BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
3 | Orange, CA 92868-4733
(714) 480-8500 / Fax (714) 480-8533
4 |
5 | Christopher A. Wright, *pro hac vice*
CARNEY BADLEY SPELLMAN
6 | 701 Fifth Avenue, Suite 3600
Seattle, WA 98104
7 | (206) 622-8020 / Fax (206) 467-8215
8 |
Louis E. Garfinkel, Nev. Bar No. 3416
9 | LEVINE GARFINKEL ECKERSLEY & ANGIONI
8880 West Sunset Road, Suite 390
10 | Las Vegas, NV 89148
(702) 735-0451 / Fax (702) 735-2198
11 |
12 | *Attorneys for Defendant/Counter-Claimant*
*TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA*

13 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, | Case No. 2:13-cv-00380-JAD- GWF |
| Plaintiff, | **STIPULATION AND ORDER TO RE-FILE TRAVELERS' RESPONSE TO FIDELITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON REIMBURSEMENT RELATED TO DELAY DAMAGES** |
| vs. | |
| BIG TOWN MECHANICAL, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through X; and ROE CORPORATIONS I-X; inclusive, | ECF No. 311 |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS | |

Defendant/Counter-Claimant TRAVELERS CASUALTY AND SURETY

COMPANY OF AMERICA ("TRAVELERS"), by and through its undersigned counsel,

-1-

**STIPULATION AND PROPOSED ORDER TO ALLOW THE RE-FILING OF TRAVELERS RESPONSE**

and Plaintiff/Counter-Defendant Fidelity and Deposit Company of Maryland ("F&D"), by and through its undersigned counsel, (collectively referred to herein as the "Parties"), hereby present this Stipulation and Proposed Order to allow TRAVELERS to re-file TRAVELERS' Response Brief to F&D's Motion for Partial Summary Judgment on Reimbursement Related to Delay Damages [ECF No. 287].

On November 13, 2017, the Court issued a Minute Order with regard to TRAVELERS Response to F&D's Motion for Partial Summary Judgment Re: First Material Breach [ECF No. 296] and Objections [ECF No. 297]. The Court instructed TRAVELERS to resubmit its Response as a single document within the 30 page limit of LR 7-3(a) by November 17, 2017, because the combine number of pages of its Response and Objections exceed the 30 page limit. TRAVELERS will proceed with re-submitting its Response pursuant to the Court's order.

The Parties, through this stipulation, seek to bring to the Court's attention that the same issue exists with regard to TRAVELERS' Response Brief to F&D's Motion for Partial Summary Judgment on Reimbursement Related to Delay Damages [ECF No. 287], that is, TRAVELERS Response [ECF No. 304] and Objections [ECF No. 305] exceed 30 pages.

///
///
///
///
///
///
///
///
///
///
///

1       Accordingly, the Parties request that the Court allow TRAVELERS to re-file its

2 Response to F&D's Motion for Partial Summary Judgment on Reimbursement Related to

3 Delay Damages [ECF No. 287] by November 17, 2017.

4

5 DATED this 13th day of November, 2017.      DATED this 13th day of November, 2017.

6 KOLESAR & LEATHAM             BOOTH, MITCHEL & STRANGE LLP

7 /s/ Ryan T. Gormley, Esq. (with permission)   /s/ David L. Hughes, Esq.
   RYAN T. GORMLEY, ESQ.             DAVID L. HUGHES, ESQ.

8   400 South Rampart Boulevard, Suite 400    701 South Parker St., Ste 6500
  Las Vegas, Nevada 89145            Orange, CA 92868-4733

9   *Attorneys for Fidelity and Deposit Company of*   *Attorneys for Travelers Casualty and Surety*
  *Maryland*                          *Company of America*

10                        **ORDER**

11       **IT IS SO ORDERED.** The Clerk of Court is directed to strike documents 304 and 305

12 from the record.

13

                                _____

14                      UNITED STATES DISTRICT JUDGE

                     DATED:  11-14-17

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER TO ALLOW THE RE-FILING OF TRAVELERS RESPONSE**