KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
**THE FAUX LAW GROUP**
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
E-Mail: kfaux@fauxlaw.com
wsiepmann@fauxlaw.com

ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
RYAN T. GORMLEY, ESQ.
Nevada Bar No. 013494
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: alefebvre@klnevada.com
wschuller@klnevada.com
rgormley@klnevada.com

Attorneys for Plaintiff/Counter-Defendant,
FIDELITY AND DEPOSIT COMPANY OF
MARYLAND

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIG TOWN MECHANICAL, LLC, a Nevada limited liability company; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; DOES I through X; and ROE CORPORATIONS I-X; inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-00380-JAD-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO THIRD-PARTY DEFENDANT CONTROLCO'S MOTION FOR SUMMARY JUDGMENT**<br>(First Request)<br><br>ECF No. 341 |

| | |
|---|---|
| 1 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | vs. |
| 5 | FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, and MOES I-X, inclusive, |
| 6 | |
| 7 | Counter-Defendants. |
| 8 | FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, |
| 9 | |
| 10 | Third-Party Plaintiff, |
| 11 | vs. |
| 12 | CONTROLCO, a California corporation; DOES I through X; and ROE CORPORATION I-X, inclusive, |
| 13 | |
| 14 | Third-Party Defendant. |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Third-Party Plaintiff FIDELITY AND DEPOSIT COMPANY OF MARYLAND ("F&D") and Third-Party Defendant CONTROLCO ("Controlco") (collectively the "Parties"), by and through their undersigned counsel, stipulate to extend the time for F&D to file its opposition to Third-Party Defendant Controlco's Motion for Summary Judgment [ECF No. 331] (the "Motion") to March 20, 2018. Controlco filed the Motion on February 13, 2018. F&D's opposition was due on March 6, 2018. The Parties agree to extend the deadline for the opposition in order to potentially finalize a dismissal of the instant litigation as between F&D and Controlco. This is the first stipulation for extension of time to file F&D's response.

///

///

///

| | |
|---|---|
| DATED this 8th day of March, 2018. | DATED this 8th day of March, 2018. |
| **KOLESAR & LEATHAM** | **LIPSON NEILSON, P.C.** |
| By /s/ William D. Schuller, Esq. | By /s/ J. William Ebert, Esq. |
| ALAN J. LEFEBVRE, ESQ.<br>Nevada Bar No. 000848<br>WILLIAM D. SCHULLER, ESQ.<br>Nevada Bar No. 011271<br>RYAN T. GORMLEY, ESQ.<br>Nevada Bar No. 013494<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br><br>Attorneys for Third-Party Plaintiff,<br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND | J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 002697<br>DAVID A. MARKMAN, ESQ.<br>Nevada Bar No. 12440<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>Attorneys for Third-Party Defendant,<br>CONTROLCO |

**ORDER**

Based on this stipulation [ECF No. 341] between fewer than all parties, which I construe as a joint motion under LR 7-1, and good cause appearing, IT IS HEREBY ORDERED that **the request for extension of time [ECF No. 341] is GRANTED.**

_____
U.S. District Judge Jennifer Dorsey
March 14, 2018